# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

| | |
|---|---|
| **TYLER THOMAS ROGER ROSE, et al.** | **CIVIL ACTION NO. 6:21-71-KKC-EBA** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **JAMIE MOSELY, et al.** | |
|     **Defendants.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the recommendation (R. 55) by the magistrate judge that plaintiff Tony Allen Stamper be dismissed as a plaintiff in this action. No party has filed objections to the recommendation. Further, the Court agrees with the magistrate judge's analysis. Accordingly, the Court hereby ORDERS as follows:

1) the magistrate judge's recommendation (R. 55) is ADOPTED as the opinion of the Court; and

2) plaintiff Tony Allen Stamper is DISMISSED as a plaintiff in this action and all claims asserted by Stamper are DISMISSED.

This 3rd day of June, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY